IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DALTON HALEY, a Minor Child by and through Audrey Cotton, as Natural Mother and Guardian Ad Litem of Dalton Haley, The Heir At Law of Michael Lynn Haley,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELA WASHINGTON, TERENCE GREEN, DAVID WILLIAMSON, and EREKA WOODS In their INDIVIDUAL CAPACITIES,<br><br>    Defendants. | CIVIL ACTION FILE NO.: 1:11-CV-1883-TCB |

## NOTICE OF DEPOSITION OF DR. JONATHAN ARDEN

To:  Dr. Jonathan Arden
      1390 Chain Bridge Road #105
      Mclean, VA 22101

**PLEASE TAKE NOTICE** that, pursuant to the provisions of Fed. R. Civ. Proc. 30(b)(1), Defendants Angela Washington, Terence Green, David Williamson, and Ereka Woods through their undersigned counsel, will take the deposition of Dr. Jonathan Arden upon oral examination by stenographic means before an officer duly authorized to administer oaths on **Friday October 7, 2011** beginning at **9:00 a.m.**, at 8484 Westpark Drive, Suite 110 Mclean, VA 22102-3579. Said deposition will continue from day

1

to day until completed for the purpose of discovery, use as evidence at trial, and any other lawful purpose.

Respectfully submitted, this 31th day of August, 2011.

                **OFFICE OF THE FULTON COUNTY ATTORNEY**

                **R. DAVID WARE**
                **COUNTY ATTORNEY**
                **GEORGIA BAR NO. 737756**

                **/S/ Walter B. Yarbrough**
                Walter B. Yarbrough
                Georgia Bar No. 780353

                Steve Rosenberg
                Georgia Bar No. 614560
                Attorney for Defendants

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246
(404) 730-6324 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DALTON HALEY, a Minor Child by ) <br> and through Audrey Cotton, as ) <br> Natural Mother and Guardian Ad ) <br> Litem of Dalton Haley, The Heir ) <br> At Law of Michael Lynn Haley, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANGELA WASHINGTON, ) <br> TERENCE GREEN, DAVID ) <br> WILLIAMSON, and EREKA WOODS ) <br> In their INDIVIDUAL CAPACITIES, ) <br> ) <br>     Defendants. ) <br> ) | CIVIL ACTION FILE <br> NO.: 1:11-CV-1883-TCB |

### CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1, the undersigned counsel for Defendants hereby certifies that the foregoing has been prepared with a font size and point selection (Courier New 12 pt) which was approved by the Court, and that on this 31th day of August, 2011, the forgoing **NOTICE OF DEPOSITION OF DR. JONATHAN ARDEN AND ISSUANCE OF SUBPOENA DUCES TECUM** was served on the following parties and counsel of record by electronic means.

                      Charles Pekor
                      Pekor & Associates
                      3355 Lenox Road, Suite 450
                      Atlanta, Ga. 30326

Chad K. Adams
Davis Adams, LLC
125 Clairemont Ave. Suite 525
Decatur, GA 30030

This 31th day of August, 2011.

**/S/ Walter B. Yarbrough**
Walter B. Yarbrough
Georgia Bar No. 780353
Attorney for Defendants